~~Courtesy Copy~~

**McCARTHY & HOLTHUS, LLP**
Jessica L. Partridge (SBN: 260045)
1770 Fourth Avenue
San Diego, California 92101
Phone: (619) 685-4800
Facsimile: (619) 243-1979

Attorneys for Plaintiff,
Aurora Loan Services, LLC,
its assignees and/or successor

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 __✓__
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK U.S. DISTRICT COURT

SEP - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aurora Loan Services, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Jay B. Garnett, Doris Garnett, et al, <br><br> Defendant. | 5:11-cv-01298-SVW –OP <br><br> **[PROPOSED] ORDER REMANDING THE UNLAWFUL DETAINER ACTION TO STATE COURT** |

Based on the agreement of the parties, IT IS SO ORDERED that the instant Unlawful Detainer Case be REMANDED TO THE SUPERIOR COURT OF RIVERSIDE, MURIETTA.

Dated:
9/6/11

_____
Hon. Stephen V. Wilson
United States District Court