~~Courtesy Copy~~

1  **McCARTHY & HOLTHUS, LLP**
   Jessica L. Partridge (SBN: 260045)
2  1770 Fourth Avenue
   San Diego, California 92101
3  Phone: (619) 685-4800
   Facsimile: (619) 243-1979
4

5  Attorneys for Plaintiff,
   Aurora Loan Services, LLC,
6  its assignees and/or successor

Priority  ___
Send      ___
Enter     ___
Closed    ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK U.S. DISTRICT COURT
SEP - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aurora Loan Services, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jay B. Garnett, Doris Garnett, et al,<br><br>　　　　Defendant. | 5:11-cv-01298-SVW –OP<br><br>[PROPOSED] ORDER REMANDING THE UNLAWFUL DETAINER ACTION TO STATE COURT |

Based on the agreement of the parties, IT IS SO ORDERED that the instant Unlawful Detainer Case be REMANDED TO THE SUPERIOR COURT OF RIVERSIDE, MURIETTA.

Dated: 9/8/11

_____
Hon. Stephen V. Wilson
United States District Court

---

1

[PROPOSED] ORDER REMANDING THE UNLAWFUL DETAINER ACTION TO STATE COURT